*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, ATTANASIO, and GANNON
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Kristian J. VARGAS**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202400163**

_____

Decided: 13 May 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek A. Poteet

Sentence adjudged 1 February 2024 by a special court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3 and confinement for seventy-five days.

For Appellant:
*Benjamin A. Robles*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant not having challenged the factual sufficiency of the evidence, we have determined that the findings are correct in law, that the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.